UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

**WARREN RICHARDS**
*on behalf of himself and others similarly situated*

   Plaintiff,

v.

**CIDER INC.**

   Defendant.
_____/

Civil Action No.: 25-cv-1363

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF APPEARANCE

 Anthony I. Paronich filed this Notice of Appearance on behalf of the plaintiff.

Dated: July 9, 2025   PLAINTIFF, on behalf of himself and others similarly situated,

   */s/ Anthony Paronich*
   Anthony Paronich
   Email: anthony@paronichlaw.com
   PARONICH LAW, P.C.
   350 Lincoln Street, Suite 2400
   Hingham, MA 02043
   Telephone: (617) 485-0018
   Facsimile: (508) 318-8100