# UNITED STATES DISTRICT COURT
for the
for the Southern District of Indiana

| | |
|---|---|
| **WARREN RICHARDS, on behalf of himself and others similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**CIDER INC.**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No. 1:25-cv-01363-TWP-MKK<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Lori Watson, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to CIDER INC. in San Diego County, CA on July 30, 2025 at 1:47 pm at 300 Carlsbad Village Dr, 108A-486, Carlsbad, CA 92008 by leaving the following documents with Darren V who as Manager of UPS is authorized by appointment or by law to receive service of process for CIDER INC..

Summons In A Civil Action, Class Action Complaint

White Male, est. age 55-64, glasses: Y, Gray hair, 160 lbs to 180 lbs, 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=33.1588801928,-117.3505346944
Photograph: See Exhibit 1


Total Cost: $170.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __San Diego County__ , __CA__ on __7/31/2025__ .

/s/ *Lori Watson*
_____
Signature
Lori Watson
+1 (619) 548-7777



Exhibit 1a)



Exhibit 1b)



