UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WARREN RICHARDS,<br>*on behalf of himself and*<br>*others similarly situated*,<br><br>        Plaintiff,<br><br>v.<br><br>CIDER INC.<br><br>        Defendant. | Civil Action No.: 25-cv-01363<br><br>Jury Trial Demanded |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

Dated: August 5, 2025        PLAINTIFF,


        */s/ Anthony I. Paronich*
        Anthony I. Paronich
        Paronich Law, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        (508) 221-1510
        anthony@paronichlaw.com