**Acknowledged**
TWP
August 6, 2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| WARREN RICHARDS,<br>*on behalf of himself and*<br>*others similarly situated*,<br><br>            Plaintiff,<br><br>v.<br><br>CIDER INC.<br><br>            Defendant. | )<br>)  Civil Action No.: 1:25-cv-01363-TWP-MKK<br>)<br>)<br>)<br>)<br>)  Jury Trial Demanded<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendant has not served an answer or a motion for summary judgment.

Dated: August 5, 2025             PLAINTIFF,


*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

1